```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

HANJIN SHIPPING COMPANY, LTD.                                    PLAINTIFF

v.                       Case No. 2:09-CV-02152

SUSTAINABLE SOLUTIONS, INC.;
STRATELINE INDUSTRIES, LLC; and
STRATELINE INDUSTRIES OF
ARKANSAS, LLC                                                   DEFENDANTS

**ORDER**

Currently before the Court is Plaintiff's Motion to Dismiss without Prejudice Pursuant to F.R.C.P. 41(a)(2) (Doc. 30) as to separate defendant Strateline Industries of Arkansas, LLC. Counsel for Strateline Industries of Arkansas, LLC advised it had no objection. Upon due consideration, Plaintiff's Complaint as to separate defendant Strateline Industries of Arkansas, LLC is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties are to bear their own fees and costs.

This order does not affect the remaining defendants, Sustainable Solutions, Inc. and Strateline Industries, LLC. The Bench trial and hearing on damages scheduled for April 4, 2011, however, is hereby CANCELLED. Plaintiff is ORDERED to submit an affidavit concerning damages resulting from the default judgments against Sustainable Solutions, Inc. and Strateline Industries, LLC by March 25, 2011.

IT IS SO ORDERED this 17th day of March 2011.

                                            <u>/s/ Paul K. Holmes, III</u>
                                            Paul K. Holmes, III
                                            United States District Judge